# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 158 |
| | : | |
| AMENDMENT OF RULE 1.15 OF | : | DISCIPLINARY RULES |
| THE PENNSYLVANIA RULES | : | |
| OF PROFESSIONAL CONDUCT | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2018, upon the recommendation of the Pennsylvania Interest on Lawyers Trust Account Board; the proposal having been submitted for public comment in the Pennsylvania Bulletin, 47 Pa.B. 1122 (February 25, 2017) and 47 Pa.B. 2181 (April 15, 2017):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1.15 of the Pennsylvania Rules of Professional Conduct is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendments herein shall be effective in 60 days.

Additions are shown in bold and are underlined.